# #2:05-cv-01069-MHT-VPM

# DOCUMENT #1
# COMPLAINT
# IS
# STRICKEN FROM THE RECORD.

# (FILED WITH AN INCORRECT
# EVENT CODE)

# SEE DOCUMENT #3
# FOR
# CORRECTED DOCKET ENTRY