**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

November 9, 2005

# NOTICE OF DOCUMENT STRICKEN FROM THE RECORD

**To:**            All Counsel of Record

**From:**          Clerk's Office

**Case Style:**    George Hoey Morris v. Thomas M. Goggans

**Case Number:**   #2:05-cv-01069-MHT-VPM

**Referenced Pleading:**   Document #1
                           Complaint

**The referenced pleading filed on 11/4/2005 was filed using an incorrect event code.**

**Therefore, Document #1 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**