In The United States District Court
For The Middle District of Alabama
Northern Division

George Hoey Morris )
   Plaintiff )
 )
v ) 2:05-CV-1069-T
 ) (WO)
Thomas M. Goggans )
   Defendant )

Motion For Extention of Time

Comes now Plaintiff George Hoey Morris appearing pro se in the above styled cause and request this Honorable Court to grant to him an extention of time to file an objection to the reccommendation of the Magistrate Judge.

Plaintiff, who is incarcerated, received the reccommendation two days prior to the Thanksgiving Holidays and the objection is due on the Monday following said Holiday.

Plaintiff respectfully requests a Fourteen (14) day extention of time within which to file the objection.

Respectfully Submitted This
23 November 2005

/s/ Hoey Morris