IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GEORGE HOEY MORRIS | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-1069-T |
| THOMAS M. GOGGANS | * |
| Defendant. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2. Plaintiff is GRANTED an extension from November 28, 2005 to December 12, 2005 to file his objections.

Done this 1st day of December, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE