In The United States District Court
For The Middle District of Alabama
Northern Division

George Hoey Morris )
Plaintiff )
)
vs. ) Civil Action No: 2:05-CV-1069-T
) (WO)
)
Thomas M. Goggans )
Defendant )

## Motion For Extention of Time

Comes now the Plaintiff George Hoey Morris who is incarcerated in a facility lacking a law library and reference materials and who is working under the constraints of a confined individual to request an additional two week extention of time for filing his "Objection to the Recommendation of the Magistrate Judge."

This Plaintiff needs the extended deadline to provide additional information and a motion for consideration by this Honorable Court.

Respectfully submitted on 12 December 2005.

George Hoey Morris