In The United States District Court
For The Middle District of Alabama
Northern Division

George Hoey Morris             )
    Plaintiff                  )
                               )
        v                      )   Civil Action: 2:05-CV-1069-T
                               )
Thomas M. Goggans              )
    Defendant                  )

Objection to the Reccommedation
of the Magistrate Judge

Comes now the Plaintiff George Hoey Morris who files this Ammended Objection to the Reccommendation of the Magistrate Judge containing additional information submitted for consideration by this Honorable Court.

Plaintiff has withdrawn his request to move foward in forma pauperis. Plaintiff has paid in full his filing fee. Plaintiff therefore prays that this Court renounce its rights to screen this complaint in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B).

Plaintiff informs the Court that the complaint is not a 42 U.S.C. §1983 action and that he is not obligated to prove a deprivation of a right secured by the Constitution and laws of the United States nor a deprivation of a right secured by the defendant acting under color of state law.

The Magistrate Judge has erroniously concluded that Plaintiff is only alleging inneffective assistance of council during pre trial proceedings on various criminal pending charges. It is more correct to say that Mr. Goggans would not communicate with the Plaintiff during pretrial proceedings. Mr. Goggans was inneffective because he failed to communicate with the Plaintiff about anything. He would not communicate about his failure to communicate. He failed to communicate at all. In fact, his failure to communicate had to have been purposeful.

Plaintiff hired Mr. Goggans to file an appeal to Morris v. Jackson et al; This complaint was heard in this U.S. Court and it involved the siezure of 1000 books entitled "virginbride.net" and 800 compact discs "Young Models" on the premise that said media were child pornography.

The case generated an enormous amount of publicity, most of which seemed to support the notion that the books were illegal and that this Plaintiff was a child pornographer. Search warrants seeking child pornography were later executed unsuccessfully seeking illegal photography. In fact, a non-stop vendedda ensued that effectively ruined this Plaintiff and placed him in jail. Those criminal cases for which the Plaintiff hired Mr. Goggans resulted from this vendetta.

②

After this court rejected the plaintiff's claims concerning the media siezure on the basis of qualified immunity, the undersigned hired Mr Goggans to file an appeal to the U.S. Eleventh Circuit Court. This plaintiff had already filed the required notice of appeal.

Rather than file the appeal, this defendant filed a motion to dismiss that case. He did it without this plaintiff's permission or knowledge. The undersigned learned about that motion after he received a copy via U.S. Mail. It is rather easy to speculate that he dismissed that case at the requests of Morris' adversaries with whom Mr Goggans must work on a daily basis. The Alabama Attorney General's office is representing Covington County who siezed said media. Matthew Beam is this plaintiff's adversary in that case in United States Court.

The defendant then expressed his interest in dismissing another Fourth Amendment case involving the illegal search of plaintiff's vehicle without a warrant; another Alabama Attorney General case. The only communication the defendant provided was his reccommendation to dismiss this case.

Thomas Goggans actions not only made it difficult to proceed in those two civil cases; they made it virtually impossible to understand, much less to proceed in the criminal cases that were generated as a direct result of the civil cases.

③

This plaintiff paid the defendant $5000.00 to represent him in cases that he refused to discuss. His lack of communication was so complete that this plaintiff hired another attorney to represent him without the knowlege of Mr. Goggans.

This Plaintiff is a federal prisoner with no access to a law library or reference materials. The Magistrate informs plaintiff that frivolous, conclusive or general objections will not be considered by the District Court. The Magistrate, however, has made critical comments that generalize about a 23 paragraph document that contains specific complaints. To allow the complaint to remain unanswered would be the ultimate lack of communication by this defendant.

Respectfully Submitted to this Court By

12 Dec 2005
DATE

George Hoey Morris
Federal Annex
Montgomery City Jail
Montgomery, Alabama 36101

④

## CERTIFICATE OF SERVICE

I hereby certify that I have provided a copy of this objection to the motion of the Magistrate Judge to the defendant by placing same in the U.S. Mail postage prepaid and properly addressed as follows.

Thomas M. Goggans
Attorney at Law
2030 East Second Street
Montgomery, AL. 36106

Mailed on: 10 Dec 05

*George Hoey Morris*
George Hoey Morris
Federal Annex
Montgomery Jail
P O Box 159
Montgomery, AL. 36101

2:05CV1069

George Hamilton
PO Box 154
Montgomery Al 36101

**INMATE MAIL**
**Montgomery City Jail**

36101+0711

Clerk
US District Court
PO Box 711
Montgomery, Al 36101



USA 37