IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GEORGE HOEY MORRIS               *

    Plaintiff,                              *

    v.                                         * CIVIL ACTION NO. 2:05-CV-1069-T

THOMAS M. GOGGANS              *

    Defendant.                            *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 10) is GRANTED; and

2. Plaintiff is GRANTED an extension from December 12, 2005 to December 27, 2005 to file any further objections.

NO further motions for extension of time to file additional objections shall be granted.

Done this 21st day of December 2005.

                                          /s/ Vanzetta Penn McPherson
                                          VANZETTA PENN MCPHERSON
                                          UNITED   STATES   MAGISTRATE   JUDGE