IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GEORGE HOEY MORRIS,           )<br>                              )<br>    Plaintiff,               )<br>                              )<br>    v.                        )<br>                              )<br>THOMAS M. GOGGANS,            )<br>                              )<br>    Defendant.                )  | CIVIL ACTION NO.<br>2:05cv1069-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) Plaintiff's objections (Doc. Nos. 9 & 11) are overruled.

   (2) The United States Magistrate Judge's recommendation (Doc. No. 5) is adopted.

   (3) This lawsuit is dismissed pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of January, 2006.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**