In The District Court of the United States
Middle District of Alabama
Northern Division

RECEIVED
2006 FEB -9 A 10: 02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

George Hoey Morris )
Plaintiff )
)
)
v. ) Civil Action No:
) 2:05 CV 1069-MHT
) (WO)
)
Thomas M. Goggans )
Defendant )

## NOTICE OF APPEAL

Notice is hereby given that George Hoey Morris hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgement entered in this action on 25 January 2006.

Done this 08 February 2006.

*(signed)* George Hoey Morris

### Certificate of Service

I hereby certify that on 08 February 2006 the foregoing was filed with the Clerk of Court and a copy of the same was delivered to the defendant Thomas M. Goggans via US Mail postage prepaid.

ENCLOSURE $255.00

*(signed)*