# United States Court of Appeals
### For the Eleventh Circuit

No. 06-11191

District Court Docket No.
05-01069-CV-T-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug 9, 2006
THOMAS K. KAHN
CLERK

GEORGE HOEY MORRIS,

    Plaintiff-Appellant,

versus

THOMAS M. GOGGANS,

    Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Alabama

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

    Entered: August 9, 2006
For the Court: Thomas K. Kahn, Clerk
    By: Harper, Toni



ISSUED AS MANDATE
SEP 0 7 2006
U.S. COURT OF APPEALS
ATLANTA, GA.