IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE HOEY MORRIS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv1069-MHT |
| | ) | (WO) |
| THOMAS M. GOGGANS, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on August 9, 2006, wherein the final judgment of this court made and entered herein on January 25, 2006 (Doc. no. 14), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on September 7, 2006, and received in the office of the clerk of this court on September 8, 2006 (Doc. no. 18), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and entered on

January 25, 2006 (Doc. no. 14), is continued in full force and effect.

DONE, this the 15th day of September, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**